UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-2843 |
| | ) | |
| The CITY OF CHICAGO, Illinois, a Municipal corporation, et al, | ) | Judge Sharon Johnson Coleman |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL CHINCHILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-2846 |
| | ) | |
| The CITY OF CHICAGO, Illinois, a Municipal corporation, et al, | ) | Judge Sharon Johnson Coleman |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered:

In favor of plaintiff Gabriel Chinchilla and against defendant, City of Chicago, in the amount of $150,000.00, inclusive of costs and fees. Post judgment interest accrues on the amount at the rate provided by law from the date of this judgment.

This action was directed by Judge Sharon Johnson Coleman on notice of acceptance of an offer of judgment. (ECF No. 64, 64-1).

ENTERED:

SHARON JOHNSON COLEMAN
United States District Judge

DATE: March 31, 2022